JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-01459-SSS-DMK | Date | July 31, 2026 |
| Title | *Anthony Killebrew v. West Valley Denter Center Medical* | | |

| | |
|---|---|
| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Irene Vazquez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER DISMISSING COMPLAINT FOR FAILURE TO PAY FILING FEE**

On June 8, 2026, Plaintiff Anthony Killebrew ("Plaintiff") was ordered to pay an initial partial filing fee of $105.07 no later than July 9, 2026. [Dkt. No. 5]. Plaintiff was warned that his "case may be dismissed if [he] fails to timely make any of the required payments." [*Id*.]. To date, Plaintiff has failed to pay the initial partial filing fee. Thus, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to close the case. (JS-6)

**IT IS SO ORDERED.**